1  Michele R. Stafford, Esq. (SBN 172509)
   Blake E. Williams, Esq. (SBN 233158)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mstafford@sjlawcorp.com
5  bwilliams@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 DISTRICT COUNCIL 16 NORTHERN       Case No.: C12-0571 JSW
   CALIFORNIA HEALTH AND WELFARE
11 TRUST FUND, its JOINT BOARD OF     NOTICE OF VOLUNTARY DISMISSAL
   TRUSTEES, and DOUG CHRISTOPHER as
12 Trustee; et al.,

13            Plaintiffs,

14       v.

15 D.S. BAXLEY, INC., a California Corporation,

16            Defendant.

17

18

19     PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs DISTRICT

20 COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,

21 voluntarily dismiss, without prejudice, their claim against Defendant D.S. BAXLEY, INC., a

22 California corporation.  Defendant has neither served an answer nor moved for summary

23 judgment, and Plaintiffs have not previously filed or dismissed any similar action against

   Defendant.
24
   / / /
25
   / / /
26
   / / /
27
   / / /
28

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-entitled action, and that the foregoing is true of my own knowledge.

Executed this 21st day of March, 2012, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____/s/_____
Michele R. Stafford
Attorneys for Plaintiffs

**Although leave of court is not necessary,**

IT IS SO ORDERED.

This case is dismissed without prejudice.

Date: March 22, 2012

_____Jeffrey S. White_____
UNITED STATES DISTRICT COURT JUDGE

-2-
NOTICE OF VOLUNTARY DISMISSAL
Case No.: C12-0571 JSW

P:\CLIENTS\FLRCL\DS Baxley, Inc\Pleadings\C12-0571 JSW - Notice of Voluntary Dismissal 032012.DOC