| | |
|---|---|
| 1 | Michele R. Stafford, Esq. (SBN 172509) |
|   | Blake E. Williams, Esq. (SBN 233158) |
| 2 | SALTZMAN & JOHNSON LAW CORPORATION |
|   | 44 Montgomery Street, Suite 2110 |
| 3 | San Francisco, CA 94104 |
|   | (415) 882-7900 |
| 4 | (415) 882-9287 – Facsimile |
|   | mstafford@sjlawcorp.com |
| 5 | bwilliams@sjlawcorp.com |
| 6 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, its JOINT BOARD OF TRUSTEES, and DOUG CHRISTOPHER as Trustee; et al., | Case No.: C12-0571 JSW |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| D.S. BAXLEY, INC., a California Corporation, | |
| Defendant. | |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., voluntarily dismiss, without prejudice, their claim against Defendant D.S. BAXLEY, INC., a California corporation. Defendant has neither served an answer nor moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendant.

///

///

///

///

P:\CLIENTS\FLRCL\DS Baxley, Inc\Pleadings\C12-0571 JSW - Notice of Voluntary Dismissal 032012.DOC

-1-
NOTICE OF VOLUNTARY DISMISSAL
Case No.: C12-0571 JSW

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-entitled action, and that the foregoing is true of my own knowledge.

Executed this 21st day of March, 2012, at San Francisco, California.

                SALTZMAN & JOHNSON
                LAW CORPORATION

By:        /s/
      Michele R. Stafford
      Attorneys for Plaintiffs

**Although leave of court is not necessary,**

IT IS SO ORDERED.

This case is dismissed without prejudice.

Date: March 22, 2012           /s/ Jeffrey S. White
                              UNITED STATES DISTRICT COURT JUDGE